# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW J. SILVA,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:16-cv-00348-RFB-NJK

**ORDER**

## I. DISCUSSION

On April 3, 2017, this Court permitted Plaintiff's American with Disabilities Act, Rehabilitation Act, and Equal Protection Clause claims to proceed against Defendant Thomas J. Martinez, the only remaining defendant in this case. (ECF No. 13 at 2). The Court stayed the case for ninety (90) days and referred the case to the Inmate Early Mediation Program. (*Id.*) The Court directed the Attorney General's Office to advise the Court within twenty-one (21) days whether it would enter a limited notice of appearance on behalf of Defendant for the purpose of settlement. (*Id.* at 3).

On April 20, 2017, the Attorney General's Office filed a notice informing the Court that it could not make a limited notice of appearance for the purpose of settlement discussions. (ECF No. 15 at 1). The notice explained that Defendant Martinez was no longer employed by the Nevada Department of Corrections and that the Attorney General's Office had not received a request for representation by Defendant and, thus, could not appear on Defendant's behalf for the purpose of settlement discussions. (*Id.*) The notice stated that the Attorney General's Office had mailed a letter to Defendant at his last known address on April 7, 2017, but the postal service had returned that letter with a forwarding address. (*Id.* at 2). The Attorney General's Office mailed a letter to the forwarding address but has not received a response

from Defendant requesting representation. (*Id.*)

In light of the notice, the Court now removes this case from the Inmate Early Mediation Program, rules on Plaintiff's application to proceed *in forma pauperis*, and begins the service process with the U.S. Marshal's Office.

The Court now grants Plaintiff's application to proceed *in forma pauperis.* (ECF No. 1). Based on the information regarding Plaintiff's financial status, the Court finds that Plaintiff is not able to pay an initial installment payment toward the full filing fee pursuant to 28 U.S.C. § 1915. Plaintiff will, however, be required to make monthly payments toward the full $350.00 filing fee when he has funds available.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without having to prepay the full filing fee is **GRANTED**. Plaintiff shall **not** be required to pay an initial installment fee. Nevertheless, the full filing fee shall still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act, the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of **Matthew J. Silva, #1001326** (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk shall send a copy of this order to the attention of **Albert G. Peralta, Chief of Inmate Services for the Nevada Department of Prisons,** P.O. Box 7011, Carson City, NV 89702.

IT IS FURTHER ORDERED that, even if this action is dismissed, or is otherwise unsuccessful, the full filing fee shall still be due, pursuant to 28 U.S.C. §1915, as amended by the Prisoner Litigation Reform Act.

IT IS FURTHER ORDERED that this case is removed from the Inmate Early Mediation Program. The mediation scheduled for June 2, 2017 (ECF No. 14) is vacated.

IT IS FURTHER ORDERED that the Clerk of Court **SHALL ISSUE** a summons for Defendant Thomas J. Martinez, **AND DELIVER THE SAME**, to the U.S. Marshal for service. The Clerk **SHALL SEND** to Plaintiff **one (1)** USM-285 form. The Clerk also **SHALL SEND** a copy of the complaint (ECF No. 10) and a copy of this order to the U.S. Marshal for service on Defendant(s). Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that henceforth, Plaintiff shall serve upon Defendant(s) or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendant(s) or counsel for the Defendant(s). The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

///
///
///
///
///

IT IS FURTHER ORDERED that the Attorney General's Office shall file, *under seal*, but shall not serve the inmate Plaintiff the last known address of Defendant Thomas J. Martinez. If the last known address of Defendant Thomas J. Martinez is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

DATED: This __24th__ day of April, 2017.

_____
United States Magistrate Judge