UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW J. SILVA,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No.: 2:16-cv-00348-RFB-NJK

**ORDER**

Pending before the Court is the notice that this case may be dismissed for lack of service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Docket No. 26. Plaintiff responded to that notice, questioning whether the State provided an accurate last known address for Defendant Martinez. *See* Docket No. 27 at 5. In particular, the State has previously indicated that it was unable to contact Defendant Martinez at his last known address and was instead provided a forwarding address. *See* Docket No. 15. The State received no response from its mail correspondence sent to the forwarding address. *See id.* The State then filed the "last known address" for Defendant Martinez under seal. Docket No. 18. In essence, Plaintiff questions whether the address filed under seal was the last known address in the State's files that proved inaccurate, or whether it was the forwarding address it received in connection with its initial outreach to Defendant Martinez.

The Court hereby **ORDERS** the Attorney General's Office to file under seal a notice with both the last known address of Defendant Martinez from its files, as well as the forwarding address

1

it obtained in April 2017.  The notice shall clearly indicate which address is which.  The notice shall be filed by July 11, 2018.

      IT IS SO ORDERED.

      Dated: June 27, 2018

                                                    _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge