# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MATTHEW J. SILVA,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:16-cv-00348-RFB-NJK

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY KOPPE**

## I. INTRODUCTION

Before the Court for consideration is the Report and Recommendation of the Honorable Nancy Koppe, United States Magistrate Judge, entered September 24, 2018. (ECF No. 38). For the reasons discussed below, the Report and Recommendation is adopted in full.

## II. DISCUSSION

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. Id. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

The Plaintiff has not objected to the Report filed in this case. The Plaintiff has not sought an extension of the time to file and the Plaintiff has had ample time to be able to object. The Court, having reviewed the record in this case, adopts the Report in full.

### III. CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is ADOPTED in full. This case is DISMISSED. The Clerk of Court is ordered to close this case.

DATED this 22nd day of January, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**